**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

YUSUF ALI ALI; MOHAMED AWEYS;
MOHAMED HUSSEIN HUNDIYE; GAMA
KALIF MOHAMUD; AHMAD NOOR
YUSUF,

      *Petitioners-Appellees,*

        v.

ALBERTO R. GONZALES, Attorney
General; IMMIGRATION AND
NATURALIZATION SERVICE; ROBERT
S. COLEMAN, JR.,

      *Respondents-Appellants.*

No. 03-35096

D.C. No.
CV-02-2304 MJP

ORDER

Filed October 20, 2005

Before: Thomas M. Reavley,* A. Wallace Tashima, and
Richard A. Paez, Circuit Judges.

_____

### Order

Respondents-Appellants' petition for a limited panel rehearing is granted. The Order filed August 26, 2005, slip op. 11591, and reported at 421 F.3d 795, is amended as follows:

Footnote 1, slip op. at 11593, 421 F.3d at 797, is amended to read, as follows:

[1] Section 106(c) of the Real ID Act of 2005, Pub. L. No. 109-13, 119 Stat. 231, which requires the dis-

_____

*The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

trict court to transfer to the court of appeals habeas cases challenging a final order of removal, deportation, or exclusion, does not apply to this case because petitioners do not challenge or seek review of any removal order.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.